## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VIVIAN MCCARTER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Case No. 11-2078 (RJL)** |
| | ) | |
| **BANK OF NEW YORK** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

4<sup></sup> day of July, 2012, hereby

**ORDERED** that the defendants' Motions to Dismiss [#4 and #5] are **GRANTED**.

**ORDERED** that plaintiff's Complaint [#1] is **DISMISSED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge